```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOSE IGNACIO CARVAJAL ZARABOZO,                              :
                                        Plaintiff,           :
                                                             :   23 Civ. 7737 (LGS)
              -against-                                      :
                                                             :          ORDER
CITIGROUP, INC.,                                             :
                                        Defendant.           :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 11, 2023, required the parties to file a proposed case management plan and joint letter by October 25, 2023;

WHEREAS, the initial pretrial conference is currently scheduled for November 1, 2023, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **October 31, 2023**.

Dated: October 30, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE