UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE IGNACIO CARVAJAL ZARABOZO
individually and as Executor of the Estate of
MANUEL SUÁREZ RODRÍGUEZ a.k.a.           Civil Action No. 1:23-CV-07737 (LGS)
MANUEL SUÁREZ,
                    Plaintiff,

                                                      **ORDER and JUDGMENT**

     vs.

CITIGROUP, INC.,
                    Defendant.
-------------------------------------------------------------- X

       Upon the Stipulation submitted by Plaintiff, Jose Ignacio Carvajal Zarabozo, individually and as Executor of the Estate of Manuel Suarez Rodriguez a/k/a/ Manuel Suarez ("Plaintiff" or the "Estate") and Defendant, Citigroup, Inc., ("Citigroup"), and for good cause shown, it is hereby

       ORDERED, that the Estate transfer funds held in a Citigold Interest Checking Account (#xxxxxx0415) and a Citi Savings Account (#xxxxxx9545), both titled in the name of Manuel Suárez, to the Citigroup Account of Jose Ignacio Carvajal Zarabozo (#xxxxxxx0161); and it is further

       ORDERED, that the Estate transfer all securities held in the Citi Personal Wealth Management Account (#xxxxx1859) titled in the name of Manuel Suárez, to the Citi Personal Wealth Management Brokerage Account of Jose Ignacio Carvajal Zarabozo (#xxxxx4517); and it is further

       ORDERED that this action be, and the same is hereby, dismissed with prejudice, and without costs or fees as to one against the other.

       SO ORDERED, ADJUGED AND DECREED this __22nd__ day of January, 2024

Dated: January 22, 2024
      New York, New York

                                                         _____
                                                          **LORNA G. SCHOFIELD**
                                                         **UNITED STATES DISTRICT JUDGE**